IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**AMBER BOARDMAN,**

    Plaintiffs,

v.                                                Case No. 2:23-cv-3566
                                                      JUDGE EDMUND A. SARGUS, JR.

**THE OHIO STATE UNIVERSITY., et al.,**

    Defendants.

## ORDER

    The undersigned judge hereby recuses himself from the above case. The Clerk of Courts shall reassign the case to another judge by random draw.

    **IT IS SO ORDERED.**

**Date: 10/30/2023**                                      s/Edmund A. Sargus, Jr.
                                                          **EDMUND A. SARGUS, JR., JUDGE**
                                                          **UNITED STATES DISTRICT JUDGE**