IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMBER BOARDMAN, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 2:23-CV-3566 |
| v. | : |
| | : CHIEF JUDGE ALGENON L. MARBLEY |
| THE OHIO STATE UNIVERISTY, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

The Honorable Chief Judge Algenon L. Marbley hereby recuses himself from the above-styled case. The case is to be transferred to the unassigned docket and redrawn for assignment.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: October 31, 2023**